**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case Number: 0:22-cv-61959-WPD

DOUG LONGHINI,

      Plaintiff,

v.

COQUINA STATION LLC D/B/A
COQUINA PLAZA, M-WAY, INC.
D/B/A SUBWAY, SAKURA RAMEN
LLC D/B/A SAKURA RAMEN and
BLUE GINGER SUSHI RESTAURANT
LLC D/B/A BLUE GINGER.,

      Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the Joint Stipulation of Final Dismissal With Prejudice (the "Stipulation") [DE 56], filed October 2, 2023. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 56] is **APPROVED**;

2. The claims between Plaintiff DOUG LONGHINI and Defendant BLUE GINGER SUSHI RESTAURANT LLC are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;

3. There being no remaining defendants, the Clerk is directed to **CLOSE** this case and **DENY** as moot any pending motions.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this

2nd day of October, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record